UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAHADEO SINGH**,<br><br>             Plaintiff,<br>  vs.<br><br>**MIDLAND CREDIT MANAGEMENT, MIDLAND FUNDING, LLC, JOHN DOES 1-10 AND X,Y,Z CORPORATIONS**<br><br>             Defendants. | **Civil Action No.**<br><br>**2:13-cv-02656-CDJ** |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of all of Plaintiff, Sahadeo Singh's claims against Defendants, Midland Credit Management, Inc. and Midland Funding, LLC, in the above-captioned matter, with prejudice.  A proposed order of dismissal is attached hereto as **Exhibit A**.

Dated:  August 22, 2013

Respectfully submitted,

| LAW OFFICE OF VICKI PIONTEK | MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C. |
|---|---|
| /s Vicki Piontek<br>_____<br>Vicki Piontek, Esquire<br>951 Allentown Road<br>Lansdale, PA 19446<br>Telephone: (717) 533-7472<br>Attorney for Plaintiff<br>Sahadeo Singh | */s/ Jacob U. Ginsburg*<br>Jacob U. Ginsburg, Esquire<br>2000 Market Street, Suite 2300<br>Philadelphia, PA  19103<br>Telephone:  (215) 575-2596<br>Attorneys for Defendants<br>Midland Credit Management, Inc. and Midland Funding, LLC |